**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,                      Case No. 12-20618

v.

                                          Hon. George Caram Steeh

D-1 MARK FARRIS,

                Defendant.
_____/

**ORDER FOR TRANSPORTATION OF DEFENDANT
FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

On November 13, 2012, the Court granted the government's motion for a psychiatric or psychological examination of the defendant and ordered the Bureau of Prisons to inform the Assistant United States Attorney once the defendant had been designated to a suitable facility. The Bureau of Prisons has designated the defendant to the Metropolitan Correctional Center in Chicago, Illinois. The Court therefore orders that the U.S. Marshals Service transport the defendant to and from the Metropolitan Correctional Center for evaluation. The Court further orders that the U.S. Marshals Service transport the defendant to the Metropolitan Correctional Center within 10 days of this order.

IT IS SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
United States District Court Judge

Dated: December 13, 2012